# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

8 U.S.C. §§ 1326(a) and (b)(2) - Illegal Reentry Following Removal by an Aggravated Felon

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Maximum 20 years' imprisonment
Maximum 3 years' supervised release
Maximum $250,000 fine
$100 special assessment

## DEFENDANT - U.S

▶ LUIS GERARDO CERDA-REYES

**DISTRICT COURT NUMBER**
4:21-cr-00393 HSG

**FILED**
Oct 07 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction  }  ☒ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  }  If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

**SHOW DOCKET NO.** _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.** _____

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Andrew Paulson

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED

Oct 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

LUIS GERARDO CERDA-REYES,

DEFENDANT(S).

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b)(2) - Illegal Reentry Following Removal by an Aggravated Felon

A true bill.

*/s/ Foreperson of the Grand Jury.*

Foreman

Filed in open court this ___7th___ day of

___October 2021___

_____ Clerk

Bail, $ __No Process__

Hon. Thomas S. Hixson, U.S. Magistrate Judge

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

FILED

Oct 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:21-cr-00393 HSG |
| Plaintiff, | VIOLATION: |
| v. | 8 U.S.C. §§ 1326(a) and (b)(2) – Illegal Reentry Following Removal by an Aggravated Felon |
| LUIS GERARDO CERDA-REYES, | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:          (8 U.S.C. §§ 1326(a) and (b)(2) – Illegal Reentry Following Removal by an Aggravated Felon)

On or about August 11, 2021, in Contra Costa County, in the Northern District of California, the defendant,

LUIS GERARDO CERDA-REYES,

an alien, was found in the United States after having previously been excluded, deported, and removed from the United States on or about May 23, 2003; June 3, 2004; June 1, 2007; January 21, 2010; January 25, 2010; September 13, 2010; September 24, 2010; October 6, 2011; April 11, 2012; November 1, 2013; February 26, 2014; March 1, 2016; October 14, 2016; December 6, 2016; April 11, 2017; September 5, 2017; September 11, 2017; September 17, 2017; December 1, 2017; February 2,

INDICTMENT

2018; March 5, 2020; and July 21, 2021, subsequent to a prior conviction for an aggravated felony, without obtaining the express consent of the Attorney General of the United States and the Secretary of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

DATED: October 7, 2021                                         A TRUE BILL.


　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Foreperson_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 FOREPERSON


　　　　　　　　　　　　　　　　　　　　　　　　　　　　 STEPHANIE M. HINDS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Acting United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Andrew Paulson_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 ANDREW PAULSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Assistant United States Attorney

INDICTMENT                                         2