STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7356
FAX: (415) 436-7234
Andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 4:21-CR-00393-JD |
| Plaintiff, | STIPULATION REQUESTING DECEMBER 20, 2021 STATUS CONFERENCE AND TO EXCLUDE TIME FROM DECEMBER 13, 2021 TO DECEMBER 20, 2021 AND [PROPOSED] ORDER |
| v. | |
| LUIS GERARDO CERDA-REYES, | |
| Defendant. | |

At the status conference held on October 14, 2021, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. A status conference was scheduled for December 13, 2021 before the Honorable Haywood S. Gilliam, Jr., United States District Court Judge. On October 14, 2021, the Honorable Robert M. Illman, United States Magistrate Judge, ordered that time be excluded from October 14, 2021 through December 13, 2021. ECF No. 4.

On October 21, 2021, the Honorable James Donato, United States District Judge, ordered that this case be related to the case *United States v. Cerda-Reyes*, Case No. 18-cr-00359-JD. ECF No. 6. The following day, this case was officially reassigned to this Court and the December 13, 2021 hearing before Judge Gilliam was vacated.

1 | The parties request that a status conference be set in this case for December 20, 2021 at
2 | 10:30 a.m.  The government produced to the defense a substantial amount of discovery on October 12,
3 | 2021 (approximately 2,800 pages), and the parties are engaged in discussion of a potential resolution of
4 | the case.  As a result, the parties stipulate and agree that excluding time until December 20, 2021 will
5 | allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further
6 | stipulate and agree that the ends of justice served by excluding the time from December 13, 2021
7 | through December 20, 2021 from computation under the Speedy Trial Act outweigh the best interests of
8 | the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 28, 2021         */s/ Andrew Paulson*
                                ANDREW PAULSON
                                Assistant United States Attorney

DATED: October 28, 2021         */s/ Angela M. Hansen*
                                ANGELA M. HANSEN
                                Counsel for Defendant Luis Gerardo Cerda-Reyes

STIP. FOR SC AND TO EXCLUDE TIME; [PROPOSED] ORDER
4:21-cr-00393-JD

**[PROPOSED] ORDER**

The Court hereby schedules a status conference in this matter for December 20, 2021 at 10:30 a.m.  Additionally, based upon the facts set forth in the stipulation of the parties and the representations made to the Court, and for good cause shown, the Court finds that failing to exclude the time from December 13, 2021 through December 20, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from December 13, 2021 through December 20, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 13, 2021 through December 20, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  November 2, 2021

_____
HON. JAMES DONATO
United States District Judge